ACCEPTED
04-15-00056-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 8:33:13 PM
KEITH HOTTLE
CLERK

No. 04-15-00056-CV

In the Fourth Court of Appeals
San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 8:33:13 PM
KEITH E. HOTTLE
Clerk

**GARY HODGE AND ROBERT HART III**

*Appellants*

**v.**

**STEPHEN KRAFT INDIVIDUALLY AND AS MEMBER ON BEHALF OF GRUPO HABANERO LLC,**

*Appellee*

APPEAL FROM CAUSE NO. D-1-GN-09-001428
225TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, TEXAS
HON. PETER SAKAI PRESIDING

**APPELLANTS' <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR REHEARING AND RECONSIDERATION EN BANC**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants Gary Hodge and Robert Hart III file this unopposed motion for extension of time to file motions for rehearing and reconsideration en banc. *See* TEX. R. APP. P. 49.8 ("A court of appeals may extend the time for filing a motion for rehearing or en banc reconsideration if a party files a motion complying with Rule 10.5(b) no later than 15 days

after the last date for filing the motion."). In support of this motion, Appellants respectfully show the following:

1. This Court rendered its opinion in this matter on November 4, 2015. Accordingly, Appellants' motions for rehearing and/or reconsideration en banc are due on November 19, 2015. TEX. R. APP. P. 49.1 ("A motion for rehearing may be filed within 15 days after the court of appeals' judgment or order is rendered.").

2. Appellants request an additional 14 days to file their motions for rehearing and reconsideration en banc, making the motions due December 3, 2015. This is Appellants' first request or an extension of time to file these motions.

3. Appellants have conferred with counsel for Appellee, who advised he is not opposed to the relief requested in this motion.

4. Appellants require an extension of time because they have recently retained the undersigned as their new lead appellate counsel, who will be solely responsible for filing the motions. [The undersigned counsel previously filed a motion to substitute counsel, which has not yet been ruled upon by the Court.]

5. The undersigned counsel is unfamiliar with the record and requires time to study the record and draft the motions. Additionally, the

undersigned counsel has been and will be occupied with the following:

a. Drafting and filing a petition for discretionary review due to be filed in the Texas Court of Criminal Appeals on November 25, 2015 in Cause No. PD-1376-15, *Roel Alvarez Lopez v. State of Texas*;

b. Preparing authorities requested by the trial court for submission on November 19, 2015 in MDL Cause No. 15-0360, *In re Fraudulent Hospital Lien Litigation,* pending in the 430th District Court of Hidalgo County, Texas (pre-trial multidistrict litigation court); and

c. Assisting in drafting the Appellees' Brief in due to be filed on November 20, 2015 (extension to November 30, 2015 pending) in Cause No. 14-15-00705-CV, *Texas Shield LLP et al. v. Crowly et al. on behalf of themselves and all others similarly situated*.

6. Appellants have good cause for their request for an extension of time, which is not sought for purposes of delay but so that their interests can be adequately represented.

**CONCLUSION AND PRAYER**

For these reasons, Appellants respectfully request that the Court grant the previously-filed motion to substitute counsel and grant this motion for extension of time, making the motions for rehearing and reconsideration en banc due December 3, 2015. Appellants request any further relief to which they are justly entitled.

Respectfully submitted,

SMITH LAW GROUP LLLP

/s/ Brandy Wingate Voss
Brandy Wingate Voss
State Bar No. 24037046
820 E. Hackberry Ave.
McAllen, Texas 78501
(956) 683-6330
(956) 225-0406 (fax)
brandy@appealsplus.com

*Counsel for Appellants*

**CERTIFICATE OF CONFERENCE**

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that on November 17, 2015, I conferred with appellee's lead counsel, Richard Espey, about this motion. Mr. Espey informed me that appellee does not oppose the relief requested in this motion.

/s/ Brandy Wingate Voss
Brandy Wingate Voss

**CERTIFICATE OF SERVICE**

On November 17, 2015, in compliance with Texas Rule of Appellate

Procedure 9.5, I served this document by e-service and e-mail to:

Richard W. Espey
Matthew Soliday
Espey & Associates, PC
13750 San Pedro Avenue, Suite 730
San Antonio, TX  78232
Fax: (210) 404-0336
respey@lawespey.com
msoliday@lawespey.com
Attorneys for Appellees

_/s/ Brandy Wingate Voss_
Brandy Wingate Voss